UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| UNITED STATES OF AMERICA | § | |
|---|---|---|
| vs. | § § § | CRIMINAL NO. |
| XAVIER ALONZO COOPER II<br>JAZSMINE ARIELLE JOSEPH | § § § | 16 CR 60 |

## CRIMINAL INDICTMENT

THE GRAND JURY CHARGES THAT:

### COUNT ONE
(Conspiracy to Commit Sex Trafficking)

From on or about October 14, 2014, through March 31, 2015, in the Southern District of Texas and elsewhere, the defendants,

**XAVIER ALONZO COOPER II and
JAZSMINE ARIELLE JOSEPH,**

conspired and agreed with each other, and others known and unknown to the Grand Jury, to knowingly, in and affecting interstate and foreign commerce, recruit, entice, harbor, transport, provide, obtain and maintain by any means, and benefit financially and by receiving anything of value, from participation in a venture which recruited, enticed, harbored, transported, provided, obtained, and maintained by any means, any person, knowing and in reckless disregard for the fact that the person had not attained the age of 18 years and that the person would be caused to engage in commercial sex acts.

**In violation of Title 18, United States Code, Sections 1594(c), 1591(a), (b)(2) and (c).**

## COUNT TWO
### (Sex Trafficking)

From on or about October 14, 2014, through on or about November 20, 2014, in the Southern District of Texas, the defendants,

**XAVIER ALONZO COOPER II and
JAZSMINE ARIELLE JOSEPH,**

did knowingly, in and affecting interstate and foreign commerce, recruit, entice, harbor, transport, provide, obtain and maintain by any means, and benefit financially and by receiving anything of value, from participation in a venture which recruited, enticed, harbored, transported, provided, obtained, and maintained by any means, Minor Victim 1, knowing and in reckless disregard for the fact that Minor Victim 1 had not attained the age of 18 years and that Minor Victim 1 would be caused to engage in commercial sex acts.

**In violation of Title 18, United States Code, Sections 1591(a), (b)(2), (c) and 2.**

## COUNT THREE
### (Sex Trafficking)

From on or about March 28, 2015, through on or about March 31, 2015, in the Southern District of Texas, the defendant,

**XAVIER ALONZO COOPER II,**

did knowingly, in and affecting interstate and foreign commerce, recruit, entice, harbor, transport, provide, obtain and maintain by any means, and benefit financially and by receiving anything of value, from participation in a venture which recruited, enticed, harbored, transported, provided, obtained, and maintained by any means, Minor Victim 1, knowing and in reckless disregard for the fact that Minor Victim 1 had not attained the age of 18 years and that Minor Victim 1 would be

caused to engage in commercial sex acts.

**In violation of Title 18, United States Code, Sections 1591(a), (b)(1), (c) and 2.**

A True Bill:

Original Signature on File

Grand Jury Foreperson

KENNETH MAGIDSON
United States Attorney

By: *Kimberly Ann Leo*
Kimberly Ann Leo
Assistant United States Attorney
713-567-9465